UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNIT OWNERS ASSOCIATION OF STONINGTON CONDOMINIUM,<br>　　Plaintiff,<br><br>　　　　v.<br><br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, *et al.*,<br><br>　　Defendants. | Civil Action No. 1:21-cv-264 (RDA/TCB) |

## ORDER

This matter comes before the Court on Defendant American Alternative Insurance Corporation's ("Defendant") Consent Motion to Enter Order to Amend and Waive Service. (Dkt. 3.) Upon review of the motion and for good cause shown, it is hereby

**ORDERED** that the Motion (Dkt. 3) is **GRANTED**; it is further

**ORDERED** that the Amended Complaint (Dkt. 1-3) is deemed filed as of the date of this Order and Defendant shall have 21 days from the date of this Order to respond; and it is further

**ORDERED** that this matter is **DISMISSED** with prejudice as to Community Association Underwriters of America, Inc. and Michael Ramano.

ENTERED this 8th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　THERESA CARROLL BUCHANAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia