IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Unit Owners Association of
Stonington Condominium, a/k/a
Stonington Condominium
Association, a/k/a Stonington
Condominium,

    Plaintiff,

v.	Case No. 1:21-cv-00264-RDA-TCB

American Alternative Insurance
Corporation,

    Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Unit Owners Association of Stonington Condominium, a/k/a Stonington Condominium Association, a/k/a Stonington Condominium, by counsel, hereby stipulates and agrees that all of its claims against the defendant, asserted in the above-styled action are hereby dismissed without prejudice, with each party to bear their own costs, attorney's fees, and expenses of litigation. This Stipulation of Dismissal has been signed by all parties that have appeared.

Dated: November 5, 2021                              Respectfully submitted,

By:   */s/ Timothy Mark Purnell*
Timothy Mark Purnell
William H. McCarty, Jr.
*Attorneys for Plaintiff*
Purnell, McKennett & Menke, PC
9214 Center Street, Suite 101
Manassas, VA  20110
tpurnell@manassaslawyers.com
wmccarty@manassaslawyers.com
Tel: 703-368-9196
Fax: 703-361-0092

By:  */s/ Lawrence A. Dunn*
Lawrence A. "Lex" Dunn (VSB No. 30324)
Gibson S. Wright (VSB No. 84632)
*Attorneys for Defendant*
McCandlish Holton, PC
P.O. Box 796
Richmond, VA  23218
Tel: (804) 775-3100
Fax: (804) 775-3800
LDunn@lawmh.com
gwright@lawmh.com