IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNIT OWNERS OF STONINGTON CONDOMINIUM ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN ALTERNATIVE INSURANCE CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 1:21-cv-264 (RDA/TCB) |

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 20. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
November 10, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge